**Covid-19 Vaccination Policy**

**Purpose**

In accordance with the Washington Nationals duty to provide and maintain a workplace that is free of known hazards, we have adopted this policy to safeguard the health of our employees and their families, our customers and visitors, and the community at large from COVID-19. This policy complies with all applicable laws and is based on guidance from the Centers for Disease Control and Prevention, DC Health and all applicable state and local health orders.

**Policy**

As a condition of continued employment, all employees are required to be fully vaccinated against COVID-19 unless a reasonable accommodation under the Americans with Disabilities Act (ADA) or for a sincerely held religious belief has been approved. Employees who fail to provide proof of their fully vaccinated status in accordance with the attached timeline will be discharged from employment.

**Procedure**

The Company has determined that it is in the best interest of all employees and their families, as well as its customers and visitors, to require all employees who will interact with the public and/or co-workers to be vaccinated. For this reason, all such employees must prove that they have been fully vaccinated, or are in the process of becoming fully vaccinated, by the dates specified in the attached timeline.

Employees who are unable to comply with the timeline for extraordinary reasons may be granted an extension of time by which to prove their vaccination status. Requests for extensions will be considered on a case-by-case basis but are not guaranteed to be granted. Additionally, operating needs of the Company may require modifications of this timeline, which will also be evaluated case by case.

An employee may show proof of vaccination by providing a copy of the employee's vaccination card or another valid certification from a healthcare provider to Human Resources (humanresources@nationals.com). Any of the COVID-19 vaccines that are approved at the time of vaccination are acceptable. As of the date of this policy, the approved vaccines are those manufactured by Pfizer, Moderna and Johnson & Johnson. Medical information disclosed will be maintained in a secure manner and shared only in accordance with applicable law.

Employees who are not yet vaccinated should work with their managers to schedule time off to obtain a vaccine. All employees will be paid for time taken to receive vaccinations, and this time off will not count against the employee's accrued paid time off. In the unlikely event that an employee suffers any side-effects from the vaccine that prevent the employee from working, the employee will be provided additional paid leave for up to two days, and Human Resources will work to schedule any additional leave thereafter to the extent necessary. Employees should notify their supervisors and human resources as soon as possible should such leave be necessary.

Employees not in compliance with this policy by the required dates, as set forth in the attached timeline, will be placed on unpaid administrative leave for up to two weeks, or until they have received the required vaccine. Employees who fail to provide proof of vaccination by the required dates will be separated from employment unless a medical or religious exemption as described below has been approved.

**Reasonable Accommodation/Exemptions from Policy**

Employees who believe they are unable to get vaccinated as the result of bona fide medical condition or sincerely held religious belief must seek and secure the approval of the Human Resources Department for an exemption from the Company's mandatory vaccine requirement. Employees seeking exemptions for these reasons must promptly submit a completed Request for Accommodation form to Betsy Philpott at Betsy.philpott@nationals.com, to begin the interactive accommodation process. Accommodation requests will be considered on a case-by-case basis.

The Nationals may amend or modify this policy as circumstances related to COVID-19 and the vaccines continue to evolve.

Please direct any questions regarding this policy to Bob Frost (bob.frost@nationals.com) in Human Resources.

From: Alan H. Gottlieb AHG@nationals.com
Subject: Washington Nationals COVID-19 Vaccination Policy
Date: Aug 12, 2021 at 11:27:37 AM

Good Afternoon –

Earlier today, we announced that all Washington Nationals full time employees and part time front office employees are required to be fully vaccinated. As a reminder, individuals are fully vaccinated two weeks after receiving their second dose of the Pfizer or Moderna vaccine or two weeks after receiving their dose of the Johnson & Johnson vaccine. Our records indicate that you either have not responded to the survey that was sent to all employees requesting confirmation of your vaccine status, have not provided proof of your vaccination, or you have indicated you are not yet vaccinated against Covid-19.

Here is what you need to know:

- If you believe you have received this communication in error, please contact Bob Frost (bob.frost@nationals.com) in Human Resources immediately.
- If you intend to get fully vaccinated, please notify Bob Frost (bob.frost@nationals.com) in Human Resources immediately.
- You must provide proof of your first shot to Human Resources (humanresources@nationals.com) by August 26, 2021, and in the case of two dose vaccines, you must complete the vaccine regimen and provide proof of your second shot by September 26, 2021.
- If you do not receive your first shot by August 26, 2021:
    - You will be placed on unpaid administrative leave for up to 2 weeks while your situation is reviewed by Human Resources.
        - § Employees who fail to provide proof of vaccination by the required dates will be separated from employment unless an exemption has been approved.
        - § Employees who believe they are unable to get vaccinated as the result of a valid medical condition or sincerely held religious belief must seek and secure the approval of the Human Resources Department for an exemption from the Company's mandatory vaccine requirement. Employees seeking exemptions

for these reasons must promptly submit a completed Request for Accommodation form (attached) to Betsy Philpott (betsy.philpott@nationals.com) to begin the interactive accommodation process. Accommodation requests will be considered on a case-by-case basis.

If you have questions about this policy or need additional information about the Covid-19 vaccine, please contact Bob Frost (bob.frost@nationals.com) in Human Resources.

Sincerely,

Alan H. Gottlieb
Chief Operating Officer

Lerner
2000 Tower Oaks Boulevard, Eighth Floor | Rockville, Maryland 20852

---

Chief Operating Officer

Washington Nationals Baseball Club
Nationals Park
1500 South Capitol Street, SE | Washington, DC 20003

O: 301.692.2600 | AHG@nationals.com





pdf

Nationals C...FINAL.pdf
85 KB