**Request for Accommodation: Religious Exemption from Vaccination**

The Washington Nationals require that all employees be fully vaccinated against COVID-19 in accordance with the COVID-19 Vaccination Policy. Employees with qualifying disabilities or sincerely held religious beliefs that prevent them from becoming fully vaccinated are required to request an exemption in accordance with this policy. Employees who do not satisfy the vaccination requirement and are not approved for an exemption from the requirement will have their employment terminated.

To request a religious exemption from the mandatory vaccination requirement, please complete the information below and return this form to Betsy Philpott (betsy.philpott@national.com). Following submission of this form, you will be contacted by a representative of the human resources department to discuss your request. Information provided will be held in confidence in accordance with applicable law.

| | |
|---|---|
| **Name (print):** Bernard M. Gallo | **Date:** 8-12-2021 |
| **Dept.:** Amateur Scouting | **Position:** Area Supervisor - Scout |
| **Manager:** Kris Kline - Eddie Longosz | **Work/Cell Phone:** 202-529-8981 |

**Please identify with particularity how vaccination would require you to violate or forego a belief or practice of your religion:** It is my belief this vaccination is not only unnecessary but potentially dangerous. It has been administered on an EUA and not FDA approved. In addition, my personal faith and in prayer I feel my Lord and Saviour is giving me the freedom to make a choice concerning my body.

**As an alternative to vaccination, I am requesting the following accommodation:** (e.g., mask, alternative immunization, etc.) Vitamin D, Zinc, Vitamin C, Ivermectin. Mask only on public transportation, close quarters, indoor close contact. Unnecessary outdoors in fresh air. Test once a week.

**If requested, can you provide documentation to support your belief(s) and need for accommodation?**

Dr Pierre Kory     Yes __X__     No _____
Dr Ryan Cong
Dr Dan Stock    Dr Brett Weinstein    Dr Robert Malone

**If no, please explain why:**

Should have said

Dr Ryan Cole - not Long

I verify that the information I am submitting to substantiate my request for exemption from the Nationals vaccination policy is true and accurate to the best of my knowledge. I understand that any falsified information can lead to disciplinary action, up to and including termination.

I further understand that the Nationals are not required to provide this exemption accommodation if doing so would pose a direct threat to myself or others in the workplace or would create an undue hardship.

| Employee Signature: | Date: |
|---|---|
| [signature] | 8/12/21 |

**HR USE ONLY**

Date of initial request: __/__/2021

Date certification received: __/__/2021

Date of discussion: __/__/2021

Accommodation request:

☐ Approved __/__/2021
Describe specific accommodation details:
_____
_____
_____

☐ Denied __/__/2021
Describe why accommodation is denied:
_____
_____
_____