# Ben Gallo

| | |
|---|---|
| **From:** | Eddie Longosz |
| **Sent:** | Wednesday, August 25, 2021 1:36 PM |
| **To:** | Betsy Philpott; Ben Gallo |
| **Subject:** | Fwd: Meeting Questions |

Hi Betsy -

Please see below from Benny Gallo. He's worried it wasn't received because it's not showing up on his end as a sent email.

Thank you.

-Eddie


Begin forwarded message:

> **From:** Ben Gallo <Ben.Gallo@nationals.com>
> **Date:** August 25, 2021 at 4:23:33 PM EDT
> **To:** Betsy Philpott <Betsy.Philpott@nationals.com>
> **Cc:** Eddie Longosz <Eddie.Longosz@nationals.com>
> **Subject: RE: Meeting Questions**
>
> Betsy,
>
> 1. What religion do you practice? I am a Christian.
> 2. How long have you been practicing your religion? 41 years.
> 3. What other things do you do to adhere to your beliefs? Daily prayer, study, care of my physical self through diet, exercise. Organic foods.
> 4. Confirm.
> 5. Do you ever seek help from medical professionals? Non surgical Medical Center- Osteopath for a lower back condition. No drugs or medications, only stretching and manipulation of lower back. Similar to a Chiropractor. Otherwise, no.
> 6. Do you use other medications? No.
> 7. Have you been vaccinated for other viruses? Not since I was an infant.
> 8. Have you ever received a flu shot? No. Not since I was a child and had no choice. Not as an adult.
> 9. Have you rejected other vaccines before because of your religious beliefs? Never was asked to or told to prior to the letter received on August 12, 2021 by the Nationals.
> 10. Is there any other information you would like to share with me? Yes. I have only been to Nationals park 3 times in 9 years, 2 for meetings, once for the World Series in which I wasn't allowed into the offices, only went to my seat in the upper deck and back to the hotel. Our scouting department meetings 6 of the 9 years I've been with the Nationals have been either zoom calls or conference calls. Therefore, I pose no undue hardship on the Nationals; no required special equipment, no office construction changes, no special food requests, etc. I work outdoors for my job. Second, I am not a threat to the health and safety of others. Proof from a



1

licensed medical doctor would be required. Only a licensed medical doctor can prescribe a medical intervention such as a vaccine.
11. I have no disciplinary actions in my employee file concerning my job performance or anything related to my job as an area supervisor/scout. There has been no complaints from players, parents, fans, scouts, executives or anyone who has ever met me while performing my duties as an employee of the Washington Nationals.
12. I have been a loyal, ethical, hard working employee of the Washington Nationals. I am proud to be part of this organization. I expect my request for a religious exemption, which by law needs to be accommodated without discrimination, to be promptly granted.

Sincerely,

Bernard M Gallo



**Ben Gallo**
**Area Supervisor**
**Washington Nationals**

Ben.Gallo@Nationals.com

 

**From:** Betsy Philpott <Betsy.Philpott@nationals.com>
**Sent:** Wednesday, August 25, 2021 12:00 PM
**To:** Ben Gallo <Ben.Gallo@nationals.com>
**Subject:** Meeting Questions

Ben – Here are the questions from our meeting earlier today.

Questions:
1. What religion do you practice?
2. How long have you been practicing your religion?
3. What other things do you do to adhere to your beliefs?
4. Confirm why this employee is requesting an exemption.
5. Do you ever seek help from medical professionals?
6. Do you use other medications?
7. Have you been vaccinated from other viruses?
8. Have you ever received a flu shot?
9. Have you rejected other vaccines before because of your religious beliefs?
10. Is there any additional information that you would like to share with me?

**Betsy Philpott**
**Vice President & General Counsel**

2

**Washington Nationals**

Nationals Park | 1500 South Capitol Street, SE | Washington, DC 20003
O: 202.640.7312 | M: 571.643.6874 | Betsy.Philpott@nationals.com

