From: **Betsy Philpott** Betsy.Philpott@nationals.com
Subject: **Re: Vaccine Exemption Request**
Date: **Aug 28, 2021 at 8:28:57 AM**
To: **Ben Gallo** Ben.Gallo@nationals.com

Ben–

There is no appeals process, but you are welcome to express your thoughts to me and Bob Frost.

Betsy

Sent from my iPhone

> On Aug 27, 2021, at 6:14 PM, Ben Gallo <Ben.Gallo@nationals.com> wrote:
>
> Betsy,
>
> Should I decide to appeal this decision, who should I send the appeal to?
>
> Ben
>
> Sent from my iPhone
>
>> On Aug 27, 2021, at 2:52 PM, Betsy Philpott <Betsy.Philpott@nationals.com> wrote:
>>
>> Ben –
>>
>> Please see the attached documentation declining your request for an exemption from the vaccine policy. Please reach out to me or Bob with any questions.
>>
>> Thank you,
>>
>> **Betsy Philpott**
>> **Vice President & General Counsel**
>> **Washington Nationals**
>>
>> Nationals Park I 1500 South Capitol Street, SE I Washington, DC 20003

The Washington Nationals have reviewed your request for a religious exemption from its COVID-19 vaccination policy, have considered potential accommodations, and have had the opportunity to discuss the request with you.

Based on our review, the Company must decline to grant your requested religious exemption. The Company recognizes and respects your religious beliefs and would accommodate those beliefs if it could.  However, in light of the fact that a fully approved vaccine is now available, and given the nature of your position, duties, and essential functions, your continued performance of your duties without being vaccinated will pose an unacceptable risk to the health of Company employees (including you), customers, visitors, and others with whom you are required to interact in connection with your job duties.

The Nationals' policy requires all employees to receive at least the first dose of a vaccine by August 26, 2021.  Because we are notifying you today of the Company's decision, we are extending the deadline for you to come into compliance with the policy until the close of business on Tuesday, August 31, 2021.  You are not to report to your office or job site, but you may work remotely through Tuesday if your position allows for remote work.

If you receive your first dose by the extended deadline above and provide proof of the same to Human Resources, you will not be required to go on unpaid administrative leave for lack of compliance with the vaccination policy.  Conversely, if you do not receive your first dose and provide proof of the same to the Company by the close of business on August 31, 2021, you will be placed on unpaid administrative leave for a period of two (2) weeks. Should you receive a shot at any time within that two (2) week period and provide proof of the same to the Company, you will be eligible to return to work. Should you not receive a shot within that time period, upon the expiration of the two (2) week period on September 14, 2021, your employment with the Company will be terminated due to your failure to comply with the Company policy.

If you decide to get vaccinated, please let us know as soon as possible.  You are a valued member of the Nationals team and your health and safety is of utmost concern to the Company.