September 1, 2021

Mr. Bernard Gallo
2639 PIRINEOS WAY, #131
Carlsbad, CA 92009

Dear Ben,

As you are aware, the Company implemented a COVID-19 Vaccination Policy on August 12, 2021.

To be in compliance with the policy, all employees were required to provide proof of their first shot to human resources by August 26, 2021. In the case of two-dose vaccines, employees are required to complete the vaccine regimen and provide proof of their second shot by September 26, 2021.

We extended the date to provide proof of your first shot to August 31, 2021. You did not provide proof of receiving your first shot by August 31, 2021 as required. Consistent with the policy, you have been placed on unpaid administrative leave for up to two weeks effective today, September 1, 2021.

If you do not provide proof of receiving your first shot by the end of the two-week unpaid administrative leave period, your employment will be terminated effective September 15, 2021 for failure to comply with the Company's policy.

I have attached a copy of the policy for your reference.

We greatly appreciate the contributions you have made to the Company.  If you decide to get vaccinated, please let us know right away so that you can continue your employment with us.

If you have any questions, please do not hesitate to contact me directly.

Sincerely,

Bob Frost
SVP & Chief People Officer
Washington Nationals Baseball Club
1500 South Capitol Street, SE
Washington, DC 20003