# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BERNARD GALLO** | : |
| **Plaintiff,** | : |
| v. | : Case No. 1:22-cv-1092 |
| **WASHINGTON NATIONALS BASEBALL CLUB, LLC** | : |
| **Defendant.** | : |

## MOTION FOR ADMISSION OF
## CHARLES S. LiMANDRI, ESQUIRE, *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2 (d), Plaintiff Bernard Gallo by and through undersigned counsel moves for the admission and appearance of Attorney Charles S. LiMandri *pro hac vice* in the above-captioned case. This Motion is supported by the Declaration of Mr. LiMandri filed herewith. As set forth in the declaration, he is admitted and an active member in good standing in the following courts and bars for more than five (5) years:

District of Columbia, District of Columbia Court of Appeals, United States Supreme Court, State of New York Supreme Court, Appellate Division, Third Judicial Department, United States District Court of California (Central, Eastern, Northern, and Southern), California Superior Court, California Supreme Court, Ninth Circuit Court of Appeals.

This Motion is supported and signed by Rachel Rodriguez, Esquire an active and sponsoring member of the Bar of this Court.

Respectfully submitted,

_____
Rachel Rodriguez, Esquire
VIRES LAW GROUP, PLLC
DC Bar #501324
515 N. Flagler Dr., Suite P300
West Palm Beach, FL 33401
Phone/Fax: (561) 370-7383
rrodriguez@vireslawgroup.com

*Counsel for Plaintiff Bernard Gallo*