AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| BERNARD GALLO | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-cv-01092-APM |
| WASHINGTON NATIONALS BASEBALL : CLUB, LL | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Bernard Gallo

Date: 01/12/2023

*Attorney's signature*

Charles S. LiMandri, 110841
*Printed name and bar number*

LiMandri & Jonna LLP
P.O. Box 9120
Rancho Santa Fe, CA 92067

*Address*

cslimandri@limandri.com
*E-mail address*

(858) 759-9930
*Telephone number*

(858) 759-9938
*FAX number*

# CERTIFICATE OF SERVICE

*Bernard Gallo v. Washington Nationals Baseball Club, LLC*

USDC-District of Columbia Court Case No.: 1:22-cv-01092-APM

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is P.O. Box 9120, Rancho Santa Fe, California 92067, and that I served the following document(s):

- **APPEARANCE OF COUNSEL- CHARLES S. LiMANDRI, ESQ.**

on the interested parties in this action by placing a true copy in a sealed envelope, addressed as follows:

| | |
|---|---|
| Michael J. Lorenger, Esq.<br>Lorenger & Carnell PLC<br>651 South Washington Street<br>Alexandria, Virginia 22314<br>Tel:  (703) 684-1800<br>Fax: (703) 684-1805<br>E-Mail:  mlorenger@lorengercarnell.com<br>E-Mail:  cburke@lorengercarnell.com<br>**Attorneys for Defendant Washington Nationals Baseball Club, LLC** | Rachel L.T. Rodríguez, Esq.<br>Vires Law Group, PLLC<br>515 North Flagler Drive, Suite P-300<br>West Palm Beach, FL 33401<br>Tel:/Fax: (561) 370-7383<br>Tel:  404-354-7402 - Cell<br>E-Mail:  rrodriguez@vireslawgroup.com<br>**Attorneys for Plaintiff Bernard Gallo** |

____  **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Rancho Santa Fe, California in the ordinary course of business.  The envelope was sealed and placed for collection and mailing on this date following our ordinary practices.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____  **(BY ELECTRONIC MAIL)** I served a true copy, electronically on designated recipients via electronic transmission of said documents.

__X__  **(BY ELECTRONIC FILING/SERVICE)** I caused such document(s) to be Electronically Filed and/or Service using the ECF/CM System for filing and transmittal of the above documents to the above-referenced ECF/CM registrants.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

Executed on January 12, 2023, at Rancho Santa Fe, California.

_____
Kathy Denworth

1