UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| BERNARD GALLO, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:22-cv-01092-APM |
| WASHINGTON NATIONALS BASEBALL CLUB, LLC, | ) |
| Defendant. | ) |

**JOINT DISCOVERY STATUS REPORT**

The Plaintiff, Bernard Gallo, and the Defendant, the Washington Nationals Baseball Club, LLC, by their respective counsel and in compliance with this Court's Order of May 4, 2023, hereby submit this Joint Discovery Status Report.

**I.    Written Discovery**

1. Plaintiff served written Interrogatories, Requests for Admission, and Requests for Production on Defendant on June 7, 2023. Upon requests for extension of time in which to respond, Defendant Nationals served its answers to Interrogatories and Admissions on July 24, 2023 and its Responses to Plaintiff's Requests for Production on July 28, 2023.

2. Defendant served its written Interrogatories and Requests for Production on Plaintiff on July 25, 2023. Plaintiff will provide responses by August 24, 2023, subject to any agreed extensions to the deadline.

1

3. Plaintiff has notified Defendant that Plaintiff believes certain of Defendant's written responses are incomplete and/or insufficient. The parties will engage in good faith discussions to resolve these issues at this time prior to bringing any unresolved matters to this court by motion.

**II.    Depositions**

Plaintiff has requested depositions of Defendant's employees, including under Rule 30(b)(6), which the parties are scheduling for September and October. Defendant seeks to depose Plaintiff in the same time frame.

This 15th Day of August, 2023.        Respectfully Submitted,

/s/ Rachel L.T. Rodriguez
Rachel L.T. Rodríguez, Esq.
DC Bar: 501324
VIRES LAW GROUP, PLLC
515 N. Flagler Dr., Suite P300
West Palm Beach, FL 33401
rrodriguez@vireslawgroup.com

Charles S. LiMandri, Esq.
DC Bar: 383858
LiMANDRI & JONNA LLP
P.O. Box 9120
Rancho Santa Fe, CA 92067
cslimandri@limandri.com

*Counsel for Plaintiff*

Jointly With:        /s/ Michael J. Lorenger
Michael J. Lorenger (D.C. Bar 454146)
Lorenger & Carnell PLC
651 S. Washington St.
Alexandria, Virginia 22314
703-684-1800 (Phone)
703-684-1805 (Fax)
mlorenger@lorengercarnell.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 15th day of August, 2023, I filed the foregoing Joint Discovery Status Report with the Court's ECF system, which will effect service on all counsel of record, including:

Rachel L.T. Rodríguez, Esq.
VIRES LAW GROUP, PLLC
515 N. Flagler Dr.
Suite P300
West Palm Beach, FL 33401
rrodriguez@vireslawgroup.com

Charles S. LiMandri, Esq.
LiMANDRI & JONNA LLP
P.O. Box 9120
Rancho Santa Fe, CA 92067
cslimandri@limandri.com

Counsel for Plaintiff


                                                          **/s/Michael J. Lorenger**
                                                          Michael J. Lorenger (D.C. Bar 454146)
                                                          Lorenger & Carnell PLC