UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
Civil Division

|  |  |  |
|---|---|---|
| BERNARD GALLO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:22-cv-01092-APM |
| | ) | |
| WASHINGTON NATIONALS BASEBALL CLUB, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT DISCOVERY STATUS REPORT**

The Plaintiff, Bernard Gallo, and the Defendant, the Washington Nationals Baseball Club, LLC, by their respective counsel and in compliance with this Court's Order of May 4, 2023, hereby submit this Joint Discovery Status Report.

**I.     Written Discovery**

1. Both parties have served Interrogatories and Requests for Production, and Plaintiff has served Requests for Admission. Objections and responses have been served by both parties. The parties reserve the right to serve additional written discovery requests consistent with the Court's scheduling order and the recently extended discovery close date.

2. The parties have engaged in several written exchanges concerning alleged discovery response deficiencies, and the parties engaged in a meet-and-confer telephone conference concerning these alleged deficiencies on November 27. Several of the

1

    discovery disputes have been resolved successfully, while others are still under discussion.

3. The parties anticipate that they will fail to reach agreement on all of the outstanding discovery disputes and will require the Court's intervention to resolve some of the disputes.

## II.    Depositions

1. The parties have scheduled the depositions of three fact witnesses and one corporate designee in mid-December.

2. The parties are working to schedule the depositions of two additional fact witnesses, one additional corporate representative, and up to five expert witnesses in January and February.

Dated November 30, 2023.      Respectfully Submitted,

   /S/ Rachel L.T. Rodriguez
Rachel L.T. Rodríguez, Esq.
DC Bar: 501324
VIRES LAW GROUP, PLLC
515 N. Flagler Dr., Suite P300
West Palm Beach, FL 33401
rrodriguez@vireslawgroup.com

Charles S. LiMandri, Esq.
DC Bar: 383858
LiMANDRI & JONNA LLP
P.O. Box 9120
Rancho Santa Fe, CA 92067
cslimandri@limandri.com

*Counsel for Plaintiff*

Jointly With:                              /S/ Michael J. Lorenger

                                                 Michael J. Lorenger (D.C. Bar 454146)
                                                 Lorenger & Carnell PLC
                                                 651 S. Washington St.
                                                 Alexandria, Virginia 22314
                                                 703-684-1800 (Phone)
                                                 703-684-1805 (Fax)
                                                 mlorenger@lorengercarnell.com

                                                 *Counsel for Defendant*