**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**
**Civil Division**

| | |
|---|---|
| **BERNARD GALLO,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 1:22-cv-01092-APM** |
| ) | |
| **WASHINGTON NATIONALS** ) | |
| **BASEBALL CLUB, LLC,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## JOINT STATUS REPORT

The Plaintiff, Bernard Gallo, and the Defendant, the Washington Nationals Baseball Club, LLC, by their respective counsel and in compliance with this Court's Order of February 21, 2024, hereby submit this Joint Status Report.

By Order dated February 21, 2024, this Court stayed all proceedings and referred this matter to the Mediation Program of the United States District Court for the District of Columbia. On February 29, 2024, Heather Croft, Circuit Mediator, and Donna Rucker, Esq. were appointed as co-mediators.  Thereafter, the parties engaged in separate preliminary calls with the mediators. The parties participated in a joint virtual mediation session on April 17, 2024.  The mediation session ended without a settlement; however, the parties have utilized the mediators to continue negotiations since then.

At the present time, both parties wish to continue negotiations. For this reason, the parties request that the Court extend the stay for another *30 days* and require the parties to submit a joint status report on or about *June 21, 2024*.

May 21, 2024.                          Respectfully Submitted,

                                       **/s/ Rachel L.T. Rodriguez**
                                       Rachel L.T. Rodríguez, Esq.
                                       DC Bar: 501324
                                       VIRES LAW GROUP, PLLC
                                       515 N. Flagler Dr., Suite 350
                                       West Palm Beach, FL 33401
                                       rrodriguez@vireslawgroup.com

                                       Charles S. LiMandri, Esq.
                                       DC Bar: 383858
                                       LiMANDRI & JONNA LLP
                                       P.O. Box 9120
                                       Rancho Santa Fe, CA 92067
                                       cslimandri@limandri.com

                                       *Counsel for Plaintiff*

Jointly With:                          **/s/ Michael J. Lorenger**
                                       Michael J. Lorenger (D.C. Bar 454146)
                                       Lorenger & Carnell PLC
                                       651 S. Washington St.
                                       Alexandria, Virginia 22314
                                       703-684-1800 (Phone)
                                       703-684-1805 (Fax)
                                       mlorenger@lorengercarnell.com

                                       *Counsel for Defendant*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 21st day of May, 2024, I filed the foregoing Joint Status Report with the Court's ECF system, which will effect service on all counsel of record, including:

Rachel L.T. Rodríguez, Esq.
VIRES LAW GROUP, PLLC
515 N. Flagler Dr.
Suite P300
West Palm Beach, FL 33401
rrodriguez@vireslawgroup.com

Charles S. LiMandri, Esq.
LiMANDRI & JONNA LLP
P.O. Box 9120
Rancho Santa Fe, CA 92067
cslimandri@limandri.com

Counsel for Plaintiff

<u>/s/Michael J. Lorenger</u>
Michael J. Lorenger (D.C. Bar 454146)
Lorenger & Carnell PLC