UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
Civil Division

|  |  |
|---|---|
| BERNARD GALLO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WASHINGTON NATIONALS )<br>BASEBALL CLUB, LLC, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:22-cv-01092-APM |

## JOINT STATUS REPORT

The Plaintiff, Bernard Gallo, and the Defendant, the Washington Nationals Baseball Club, LLC, by their respective counsel and in compliance with this Court's Minute Order of May 21, 2024, hereby submit this Joint Discovery Status Report.

By Order dated February 21, 2024, this Court stayed all proceedings and referred this matter to the Mediation Program of the United States District Court for the District of Columbia. The April 17, 2024 mediation session ended without a settlement; however, the parties have continued negotiations, seeking additional time to settle the case, which was granted by this Court on May 21, 2024.

The parties continue good faith negotiations to the present time, and respectfully request this Court extend the stay for another *30 days* and require the parties to submit a joint status report on or about *July 22, 2024*.

1

Should the matter fail to resolve, both parties intend to file motions for summary judgment and will request a briefing schedule at the appropriate time.

Dated June 20, 2024.    Respectfully Submitted,

   /S/ Rachel L.T. Rodriguez
Rachel L.T. Rodríguez, Esq.
DC Bar: 501324
VIRES LAW GROUP, PLLC
515 N. Flagler Dr., Suite 350
West Palm Beach, FL 33401
rrodriguez@vireslawgroup.com

Charles S. LiMandri, Esq.
DC Bar: 383858
LiMANDRI & JONNA LLP
P.O. Box 9120
Rancho Santa Fe, CA 92067
cslimandri@limandri.com

*Counsel for Plaintiff*

Jointly With:       /S/ Michael J. Lorenger

Michael J. Lorenger (D.C. Bar 454146)
Lorenger & Carnell PLC
651 S. Washington St.
Alexandria, Virginia 22314
703-684-1800 (Phone)
703-684-1805 (Fax)
mlorenger@lorengercarnell.com

*Counsel for Defendant*