UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
Civil Division

|  |  |
|---|---|
| **BERNARD GALLO,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:22-cv-01092-APM |
| **WASHINGTON NATIONALS BASEBALL CLUB, LLC,** | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

The Plaintiff, Bernard Gallo, and the Defendant, the Washington Nationals Baseball Club, LLC, by their respective counsel and in compliance with this Court's Minute Order dated June 21, 2024, hereby submit this Joint Status Report.

By Order dated February 21, 2024, this Court referred this matter to the Mediation Program of the United States District Court for the District of Columbia. The April 17, 2024 mediation session ended without a settlement; however, the parties have continued negotiations and have sought additional time to settle the case, which this Court allowed by orders dated May 21, 2024, and June 21, 2024.

The parties have engaged in good faith negotiations through the present time, and negotiations are continuing. The parties have made significant progress, but whether the case will resolve remains unknown. The parties respectfully request this Court extend the mediation period for another ***30 days*** and require the parties to submit a joint status report on or about ***August 22, 2024***.

1

The parties anticipate that on or before August 22, 2024, they will settle the case or reach impasse. Should the matter fail to resolve, both parties intend to file motions for summary judgment and will request a briefing schedule at the appropriate time.

Dated July 18, 2024.                    Respectfully Submitted,

                                         /S/ Rachel L.T. Rodriguez
                                        Rachel L.T. Rodríguez, Esq.
                                        DC Bar: 501324
                                        VIRES LAW GROUP, PLLC
                                        515 N. Flagler Dr., Suite 350
                                        West Palm Beach, FL 33401
                                        rrodriguez@vireslawgroup.com

                                        Charles S. LiMandri, Esq.
                                        DC Bar: 383858
                                        LiMANDRI & JONNA LLP
                                        P.O. Box 9120
                                        Rancho Santa Fe, CA 92067
                                        cslimandri@limandri.com

                                        *Counsel for Plaintiff*

Jointly With:                            /S/ Michael J. Lorenger

                                        Michael J. Lorenger (D.C. Bar 454146)
                                        Lorenger & Carnell PLC
                                        651 S. Washington St.
                                        Alexandria, Virginia 22314
                                        703-684-1800 (Phone)
                                        703-684-1805 (Fax)
                                        mlorenger@lorengercarnell.com

                                        *Counsel for Defendant*