UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| BERNARD GALLO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WASHINGTON NATIONALS<br>BASEBALL CLUB, LLC,<br><br>　　　　Defendant. | Civil Action No. 1:22-cv-01092-APM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Bernard Gallo, and the Defendant, the Washington Nationals Baseball Club, LLC, by their respective counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action ***with prejudice***, all parties to bear their own attorneys' fees and costs.

Dated: August 15, 2024　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　/S/ Rachel L.T. Rodriguez
　　　　　　　　　　　　　　　　　　Rachel L.T. Rodríguez, Esq.
　　　　　　　　　　　　　　　　　　DC Bar: 501324
　　　　　　　　　　　　　　　　　　VIRES LAW GROUP, PLLC
　　　　　　　　　　　　　　　　　　515 N. Flagler Dr., Suite 350
　　　　　　　　　　　　　　　　　　West Palm Beach, FL 33401
　　　　　　　　　　　　　　　　　　(561) 370-7383 (Phone)
　　　　　　　　　　　　　　　　　　rrodriguez@vireslawgroup.com

　　　　　　　　　　　　　　　　　　Charles S. LiMandri, Esq.
　　　　　　　　　　　　　　　　　　DC Bar: 383858
　　　　　　　　　　　　　　　　　　LiMANDRI & JONNA LLP
　　　　　　　　　　　　　　　　　　P.O. Box 9120
　　　　　　　　　　　　　　　　　　Rancho Santa Fe, CA 92067
　　　　　　　　　　　　　　　　　　cslimandri@limandri.com

*Counsel for Plaintiff*

Jointly With:    /S/ Michael J. Lorenger

Michael J. Lorenger (D.C. Bar 454146)
Lorenger & Carnell PLC
651 S. Washington St.
Alexandria, Virginia 22314
703-684-1800 (Phone)
703-684-1805 (Fax)
mlorenger@lorengercarnell.com

*Counsel for Defendant*